UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREI MARKOV,

             Plaintiff,

    v.

ALEJANDRO N. MAYORKAS, et al.,

             Defendants.

Case No.  24-cv-06561-AMO

**ORDER CONTINUING STAY**

Re: Dkt. Nos. 18, 20

This case has been stayed pending the adjudication of Plaintiff's Form I-589 Application for Asylum and Withholding of Removal.  Dkt. No. 10.  Svetlana L. Kaff, counsel for Plaintiff, is no longer an active member of the State Bar of California or the Northern District of California. The Court ordered the parties to file a joint status report by April 6, 2026.  Dkt. No. 18.

On April 6, 2026, Defendants filed a status report indicating that United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on January 27, 2026.  Dkt. No. 20. Defendants state that USCIS recently completed its review of the asylum application process.  *Id.* Defendants request that the Court continue the stay until July 6, 2026.  *Id.*  The Court GRANTS the request in part; the case is further **STAYED** until June 4, 2026.  By no later than noon on June 4, 2026, the parties shall file a joint status report.

The Court also ordered Plaintiff to file a written statement by March 20, 2026, indicating whether he intends to proceed without an attorney or if he intends to find a new attorney to represent him in this action.  Dkt. No. 18.  Plaintiff did not file a response on the docket by the deadline.  Instead, on April 1, 2026, Plaintiff emailed the Courtroom Deputy stating his intent to proceed as a pro se litigant.  The Court attaches a copy of that email correspondence as an exhibit to this Order.  Plaintiff's correspondence indicates that he was unable to register to proceed as a

pro se litigant because he is still listed as represented by counsel in the Electronic Case Files ("ECF") system. The Court **ORDERS** the Clerk of Court to terminate Svetlana L. Kaff as counsel in this case; Plaintiff shall proceed pro se unless and until substitute counsel properly files a notice of appearance on his behalf.

The Court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

Defendants shall serve a copy of this order on Plaintiff by April 17, 2026, by any means reasonably necessary to provide actual notice, including, but not limited to, serving Plaintiff directly at the address listed in his petition for writ of mandamus or a more recent residential address if Defendants are aware of one. Defendants shall promptly file a proof of service thereof.

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2