CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANDREI MARKOV,

               Plaintiff,

    v.

MARKWAYNE MULLIN[1], Secretary, United States Department of Homeland Security, *et al*.,

               Defendants.

Case no. 3:24-cv-06561-AMO

**JOINT STATUS REPORT AND PARTIES' STIPULATION TO DISMISS; [~~PROPOSED~~] ORDER**

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On June 3, 2026, Defendants filed a Status Report and Administrative Motion pursuant to the Court's order. *See* Dkt. Nos. 21, 24. On June 5, 2026, Plaintiff replied to Defendants' May 11, 2026, email, agreeing to dismiss this case because the agency adjudicated his Form I-589. The parties conferred and agree to stipulate to dismissal of the above-entitled action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each of the parties shall bear their own costs and fees.

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Dismiss
Case no. 3:24-cv-06561-AMO        1

Dated: June 24, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 24, 2026

*/s/ Andrei Markov*
ANDREI MARKOV
Pro Se

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  6/29/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Dismiss
Case no. 3:24-cv-06561-AMO                    2